Filing # 130841510 E-Filed 07/16/2021 04:36:36 PM

IN THE CIRCUIT COURT
OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO:

ROBERT LABRIE and DIANE
LABRIE,

       Plaintiffs,

vs.

RENT-A-CENTER EAST, INC. and
KENNETH ILARRAZA,

       Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, ROBERT LABRIE and DIANE LABRIE, sue Defendants, KENNETH ILARRAZA and RENT-A-CENTER EAST, INC., and allege:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiffs' claims are in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiffs have entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiffs' claims will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material to this action, Plaintiffs were natural persons residing in the State of New Hampshire and driving upon the roadways of the State of Florida.

3. At all times material to this action, Defendant, KENNETH ILARRAZA, was a natural person residing in Orange County, Florida.

4. At all times material to this action, Defendant, RENT-A-CENTER EAST, INC., was a foreign corporation licensed to do business and doing business in the State of Florida.

5. At all times material to this action, Defendant, KENNETH ILARRAZA, was employed by Defendant, RENT-A-CENTER EAST, INC., and acting within the course and scope of his employment.

6. On March 30, 2021, at or around 1:02 PM, Plaintiff, ROBERT LABRIE, was operating a motor vehicle northbound in the right lane on the Florida Turnpike just south of mile marker 280 in Lake County, Florida.

7. At that time and place, Plaintiff, DIANE LABRIE, was a restrained passenger in the vehicle driven by Plaintiff, ROBERT LABRIE.

8. At that time and place, Defendant, KENNETH ILARRAZA, was operating a motor vehicle owned by Defendant, RENT-A-CENTER EAST, INC., northbound in the left lane on the Florida Turnpike just south of mile marker 280 in Lake County, Florida.

9. Defendant, KENNETH ILARRAZA, was operating and driving the motor vehicle with the knowledge, permission and consent of its owner, Defendant, RENT-A-CENTER EAST, INC.

10. At that time and place, Defendant, KENNETH ILARRAZA, negligently operated and/or maintained the motor vehicle when he, while distracted by looking down at his cell phone, failed to slow or stop for traffic, so that Defendant's motor vehicle collided with the rear of Plaintiffs' motor vehicle.

11. Defendant, RENT-A-CENTER EAST, INC., is vicariously liable for the negligence of Defendant, KENNETH ILARRAZA, pursuant to the Florida Dangerous Instrumentality Doctrine and the Respondeat Superior Doctrine.

## COUNT I
## ROBERT LABRIE'S CLAIM AGAINST DEFENDANTS

Plaintiffs re-allege and incorporate paragraphs 1-11 and further allege:

12. As a direct and proximate result of Defendant, KENNETH ILARRAZA's, negligence, Plaintiff, ROBERT LABRIE, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation or activation of an existing or latent condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff, ROBERT LABRIE, will suffer the losses in the future.

**WHEREFORE**, Plaintiff, ROBERT LABRIE, demands judgment for damages against Defendants, KENNETH ILARRAZA and RENT-A-CENTER EAST, INC., and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

## COUNT II
## DIANE LABRIE'S CLAIM AGAINST DEFENDANTS

Plaintiffs re-allege and incorporate paragraphs 1-11 and further allege:

13. As a direct and proximate result of Defendant, KENNETH ILARRAZA's, negligence, Plaintiff, DIANE LABRIE, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical

impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation or activation of an existing or latent condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff, DIANE LABRIE, will suffer the losses in the future.

**WHEREFORE**, Plaintiff, DIANE LABRIE, demands judgment for damages against Defendants, KENNETH ILARRAZA and RENT-A-CENTER EAST, INC., and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 16th day of July, 2021.

CHRISTOPHER J. HINCKLEY, ESQ.,
FBN: 041155
Morgan & Morgan, P.A.
1007 E. Silver Springs Blvd.
Ocala, FL 34470
Telephone: (352) 644-2000
Facsimile: (352) 644-2020
Primary email: CHinckley@forthepeople.com
Secondary email: NLogan@forthepeople.com
Attorneys for Plaintiffs